# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY McBRIDE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STEVEN R. GLUNT, *et al.* | : | NO. 17-5374 |

## ORDER

**AND NOW**, this 23rd day of April, 2020, in accordance with the court's Memorandum of today, it is hereby **ORDERED** that:

1. This court will hold an evidentiary hearing so that trial and PCRA counsel can testify about why they failed to present the claims identified in this court's Memorandum.

2. During the telephonic conference scheduled for April 24, 2020, the parties shall be prepared to schedule the evidentiary hearing; in light of the ongoing COVID-19 pandemic, that hearing will be scheduled as promptly as possible.

**IT IS SO ORDERED**.

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge