IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFERY MCBRIDE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-5374 |
| | : | |
| BARRY SMITH | : | |
| | : | |

# O R D E R

AND NOW, this 16th day of September, 2021, it is hereby ORDERED that Jeffrey McBride's Objections to the May 28, 2020 Report and Recommendation of U.S. Magistrate Judge Carol Sandra Moore Wells are SUSTAINED and this matter is REMANDED to Magistrate Judge Wells for consideration of McBride's remaining claims for habeas relief in accordance with this Court's Memorandum of September 15, 2021.

BY THE COURT:

/s/ Juan R. Sanchez
_____
Juan R. Sanchez,            C.J.